**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

Eastern District of Kentucky
FILED

MAY 2 1 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

V.                                                    INDICTMENT NO. 2631-DLB-CJS

**NATHANIEL WIGFALL**

\*      \*      \*      \*      \*

**THE GRAND JURY CHARGES:**

### COUNT 1
**21 U.S.C. § 841(a)(1)**

On or about September 24, 2025, in Greenup County, in the Eastern District of

Kentucky,

**NATHANIEL WIGFALL**

did knowingly and intentionally possess with intent to distribute 50 grams or more of

methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C.

§ 841(a)(1).

### COUNT 2
**21 U.S.C. § 841(a)(1)**

On or about September 24, 2025, in Greenup County, in the Eastern District of

Kentucky,

**NATHANIEL WIGFALL**

did knowingly and intentionally possess with intent to distribute a mixture or substance

containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation

of 21 U.S.C. § 841(a)(1).

A TRUE BILL

FOREPERSON

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

CYNTHIA T. RIEKER
ASSISTANT UNITED STATES ATTORNEY

## <u>PENALTIES</u>

**COUNT 1:**       Not less than 10 years imprisonment and not more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

**COUNT 2:**       Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

**PLUS:**       Mandatory special assessment of $100.

**PLUS:**       Restitution, if applicable.